Robert W. Clayton, Appellant *v.* Zoning Hearing Board of Northampton Township, Appellee.

Argued June 6, 1984, before Judges ROGERS, CRAIG and BARBIERI, sitting as a panel of three.

*John J. Robinson,* for appellant.

*Robert C. Steiger,* for appellee.

*E. Dillwyn Darlington,* for intervenors.

OPINION BY JUDGE BARBIERI, September 25, 1984:

Robert W. Clayton (Appellant) appeals here from an order of the Court of Common Pleas of Bucks County affirming a decision of the Northampton Township Zoning Hearing Board which denied Appellant's request for a variance by estoppel and which affirmed a cease and desist order issued by a Northampton Township zoning officer. We affirm.

Before this Court Appellant raises the same issues which he advanced before the common pleas court, and

since after carefully reviewing the record and the applicable case law we conclude that the common pleas court properly disposed of these issues, we shall affirm on the basis of the able and comprehensive opinion of the Honorable HARRIET M. MIMS in *Clayton v. Zoning Hearing Board of Northampton Township*, 30 Pa. D. & C. 3rd 563 (1983).

### ORDER

Now, September 25, 1984, the order of the Court of Common Pleas of Bucks County at No. 82-9716-10-5, dated July 21, 1983, is hereby affirmed.